IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES J. SIEVERT,

    Plaintiff,                                          JUDGMENT IN A CIVIL CASE

v.                                                      13-cv-737-wmc

SAND RIDGE SECURE TREATMENT
CENTER, DEB McCOULLOCH, AMBER
BEST, ED SCALAN, SUSAN PALMER,
TONY ASSET, STEVE SNYDER,
DEPT OF HEALTH SERVICES OF
WISCONSIN and
1 TO 52 JOHN DOE & JANE DOE,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Charles J. Sievert's request for leave to proceed and dismissing this case as frivolous.

| /s/ | 12/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |