IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES J. SIEVERT,

    Plaintiff,

v.

SAND RIDGE SECURE TREATMENT
CENTER, DEB McCOULLOCH, AMBER
BEST, ED SCALAN, SUSAN PALMER,
TONY ASSET, STEVE SNYDER,
DEPT OF HEALTH SERVICES OF
WISCONSIN and
1 TO 52 JOHN DOE & JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-737-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Charles J. Sievert's request for leave to proceed and dismissing this case as frivolous.

| /s/ | 12/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |