UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

REC'D/FILED
2014 JAN 10 AM 10: 56
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

In re

File Number 13-cv-737- wmc

Charles J. Sievert
Appealle, Plaintiff Pro-Se Litigant et al

v.

Deb McCoulloch
      Defendant et al

( NOTICE OF APPEAL TO -)-

    United States Court of Appeals for the 7th circuit Charles J. Sievert the Plaintiff, appeals for to the United States Court of Appeals for the Western District, and 7th Circuit from the final judgment or order or decree of the district court for the date _1-2-2014_, (201$ or appleant of the 7th circuit.
To the Prisoners
January20_14_ here describe the order, _1-2_,20_14_ here describe The parties to the ORDER appealed from and the names and addresses of their respective Litigant, Pro-Se, are as Follows:
ORDER appealed
Charles J. Sievert
P.O. Box 800
MAUSTON, WI 53948-0800

Date _12-27-13_

Signed _Charles J. Sievert_
        Appeallant

Address: